IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>     v.<br><br>Timothy C. Buege, Individually and as Trustee of the Buege Family Trust dated March 12, 2007; Rocio del Pilar Buege, Individually and as Trustee of the Buege Family Trust dated March 12, 2007,<br><br>         Defendants.<br>_____ | 2:11-cv-00350-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE |

Plaintiff's Status Report filed May 9, 2011 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for May 23, 2011 is continued to August 1, 2011, at 9:00 a.m.  A joint status report shall be filed no later than fourteen (14) days prior.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served with process within the 120 day period prescribed in that Rule may be dismissed as a defendant in this action unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve within this

1 prescribed period in a filing due no later than 4:00 p.m. on June 10,
2 2011.
3         IT IS SO ORDERED.
4 Dated:  May 18, 2011

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge